# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORRAINE PAGANO**, | CIVIL ACTION NO. 3:CV-15-1489 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE MEHALCHICK) |
| **VENTURES TRUST 2013-1-HR**, *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 23rd day of February, 2016, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 26) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 26.) is **ADOPTED in its entirety**;

(2) Defendants' motions to dismiss (Doc. 20; Doc. 22.) are **GRANTED**;

(3) Plaintiff's tort and breach of contract claims in Counts III and VII of her complaint (Doc. 1.) are **DISMISSED WITHOUT PREJUDICE;**

(4) Plaintiff's request for declaratory judgment, quiet title action, slander of title claim, and fraud claims asserted in Counts I, II, VI, and VIII of her complaint (Doc. 1.) are **DISMISSED WITH PREJUDICE;**

(5) Plaintiff's RESPA and breach of the covenant of good faith and fair dealing claims asserted in Counts IV and V of her complaint (Doc. 1.) are **DISMISSED WITH PREJUDICE;**

(6) Plaintiff shall be granted thirty (30) days leave to amend her complaint and reassert her remaining claims in accordance with Rule 8(d)(1) of the Federal Rules of Civil Procedure; and

(7) The matter is remanded to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge