IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORRAINE PAGANO, | |
| Plaintiff, | CIVIL ACTION NO. 3:15-CV-01489 (JUDGE CAPUTO) |
| v. | |
| VENTURES TRUST 2013-I-HR, *et al.* | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 6th day of February, 2017, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 37) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 37) is **ADOPTED in its entirety**.

(2) Defendants' motion to dismiss (Doc. 31) is **GRANTED**.

(3) The Complaint (Doc. 1) is **DISMISSED with prejudice**.

(4) Defendants' motion to strike (Doc. 29) is **DENIED as moot**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge